IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Case No.  04-CR-00161-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENDAN B. BAKER,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS

FOR ORDER OF DETENTION

---

    This matter comes before the court on a Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Release.  The defendant waived his preliminary hearing on the petition.  The defendant is not contesting detention.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release, the Presentence Report and the entire court file.  I have also considered the arguments of counsel.  The defendant is not contesting detention.  Under the circumstances, I find that the defendant has not

sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter.  Accordingly, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant.  Therefore, I order the defendant detained without bond.

Done this 12TH of June 2007.

BY THE COURT

S/Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge