# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  04-cr-00161-EWN-01 |
| | USM Number:  32595-013 |
| BRENDAN B. BAKER | Matthew Golla, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 4, 6, 7, 10, 11, and 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 02/28/06 |
| 4 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 06/27/06 |

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    Violations 2, 3, 5, 8, and 9 were withdrawn by the government.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                             September 26, 2008
                                                Date of Imposition of Judgment

                                             s/ Edward W. Nottingham
                                                    Signature of Judge

                                             Edward W. Nottingham
                                             Chief U.S. District Judge
                                                    Name & Title of Judge

                                              September 30, 2008
                                                            Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Violation of the Law | 07/08/06 |
| 7 | Possession and Use of a Controlled Substance | 07/08/06 |
| 10 | Failure to participate in Drug Testing as Directed by the Probation Officer | 08/02/06 |
| 11 | Failure to Participate in Drug Treatment as Directed by the Probation officer | 07/25/06 |
| 12 | Violation of the Law | 11/18/06 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months to be served concurrently with Case Number 07-cr-00193-LTB-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal